UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUZGAN SARWARI,<br><br>              Plaintiff,<br><br>       v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>              Defendant. | No.  2:21-cv-00830 AC<br><br><br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a complaint May 6, 2021.  ECF No. 1.  Plaintiff was instructed, twice, to file a consent/decline form regarding magistrate judge jurisdiction by August 9, 2021.  ECF Nos. 5, 6.  Plaintiff has not filed the consent decline form.

Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a consent/decline form within two weeks of the date of this order.  Failure to do so may result in dismissal of this case for failure to prosecute and comply with court orders.

DATED:  September 16, 2021.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE