JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
MUZGAN SARWARI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| MUZGAN SARWARI,<br><br>            Plaintiff,<br><br>   v.<br><br>Kilolo Kijakazi,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant.<br>_____/ | No.   2:21-cv-00830-AC(SS)<br><br>STIPULATION AND  [proposed]<br>ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to May 17, 2022.

   This is a first extension based on other briefs and work plaintiff's counsel must complete.

Dated:  May 2, 2022                                         /s/   *Jesse S. Kaplan*
                                                                                  JESSE S. KAPLAN
                                                                                  Attorney for Plaintiff

[Pleading Title] - 1

Dated: May 2, 2022                                   /s/ per e-mail authorization

ELLINOR CODER
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to May 17, 2022.

SO ORDERED.

Dated: May 3, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2