UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MUZGAN SARWARI,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:21-cv-00830 AC

ORDER

On May 3, 2022, the court signed a stipulation extending plaintiff's deadline to file a motion for summary judgment to May 17, 2022. That deadline has now passed, and plaintiff has not filed the anticipated motion. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, within 14 days, why this failure to file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. Filing a motion for summary judgment within this timeframe will discharge this order.

DATED: May 19, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE